IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| TERESA ANN BRACK, #10305078 | § | |
| VS. | § | CIVIL ACTION NO. 5:05cv99 |
| FEDERAL BUREAU OF PRISONS | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Caroline M. Craven.  The Magistrate Judge presented for consideration the Magistrate Judge's Report on the merits of Petitioner's case.  The Report contains proposed findings of fact and recommendations for disposition of this case.  The Magistrate Judge also presented for consideration the Magistrate Judge's Report on Petitioner's motion to proceed *in forma pauperis*.  Petitioner filed objections to the Report on the merits of the case.

This Court made a *de novo* review of Petitioner's objections and determined that they lack merit.  This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions.  It is therefore

**ORDERED**, **ADJUDGED,** and **DECREED** that this action is **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that Petitioner's motion to proceed *in forma pauperis*

(dkt. #5) is denied; and

    **ORDERED** that all motions not previously ruled on are denied.

    **SIGNED this 7th day of July, 2005.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE